# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAYMOND, STEPHEN M | § | Case No. 10-18736 MB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/21/2011 in Courtroom 250,
    United States Courthouse
    Old Kane County Courthouse
    100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RAYMOND, STEPHEN M § Case No. 10-18736 MB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.65 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,500.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,500.07 | $ 0.00 | $ 1,500.07 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 2,109.00 | $ 0.00 | $ 2,109.00 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 15.49 | $ 0.00 | $ 15.49 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,624.56 |
| Remaining Balance | $ 3,876.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,651.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | $ 2,780.39 | $ 0.00 | $ 320.25 |
| 2 | Discover Bank | $ 21,225.04 | $ 0.00 | $ 2,444.75 |
| 3 | U.S. Bank N.A. | $ 4,672.75 | $ 0.00 | $ 538.22 |
| 4 | Fia Card Services, NA/Bank of America | $ 4,973.60 | $ 0.00 | $ 572.87 |

Total to be paid to timely general unsecured creditors   $ 3,876.09

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                             Case No. 10-18736-MB
Stephen M Raymond                                                  Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhatch              Page 1 of 1                  Date Rcvd: Mar 28, 2011
                              Form ID: pdf006           Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
db           +Stephen M Raymond,    39W903 Alcott Lane,   St. Charles, IL 60175-7760
aty          +Lincoln M King,   Ruddy, Milroy & King, LLC,   1700 N Farnsworth Ave,   Ste 12,
               Aurora, IL 60505-1186
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
15480123      Bank Of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
15480124     +Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
15480125      Citicards,    P.O. Box 6000,   The Lakes, NV 89163-6000
15480128     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   Mail Stop 2010 CHI,   230 S. Dearborn St.,
               Chicago, IL  60604)
15480121     +Raymond Stephen M,    39W903 Alcott Lane,   St. Charles, IL 60175-7760
15480122      Ruddy Milroy & King LLC,   1700 N Farnsworth Ave Suite 12,   Aurora, IL 60505-1186
15480129     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank,    P.O. Box 790408,   St. Louis, MO  63179-0408)
16611392     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
15480130     +WFNNB/Victoria Secret,    4590 E. Broad St.,   Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16309385      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2011 00:37:32
               American Infosource Lp As Agent for Wfnnb,   PO Box 248872,   Oklahoma City, OK  73124-8872
15480126      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2011 00:41:09     Discover,   P.O. Box 30943,
               Salt Lake City, UT  84130
16312446      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 29 2011 00:41:09     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16664594      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2011 00:37:32
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15480127     +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2011 00:43:53     GEMB/Old Navy,   P.O. Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer,Brown,Covey,Gaertner & Davis LLC
aty           Thomas E Springer
aty*         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Mar 30, 2011            **Signature:** _Joseph Speetjens_