UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RAYMOND, STEPHEN M | § | Case No. 10-18736 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 2010 CHI 230 S. Dearborn St. Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America P.O. Box 15026 Wilmington, DE 19850-5026 |  |  |  |  |  |
|  | Chase P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase P.O. Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Citicards P.O. Box 6000 The Lakes, NV 89163-6000 |  |  |  |  |  |
|  | Discover P.O. Box 30943 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | GEMB/Old Navy P.O. Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | U.S. Bank P.O. Box 790408 St. Louis, MO 63179-0408 |  |  |  |  |  |
|  | WFNNB/Victoria Secret 4590 E. Broad St. Columbus, OH 43213 |  |  |  |  |  |
| 1 | American Infosource Lp As Agent For |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | | | | | |
| 4 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 3 | U.S. Bank N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-18736 | MB | Judge: Manuel Barbosa | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RAYMOND, STEPHEN M | | | | Date Filed (f) or Converted (c): | 04/27/10 (f) |
| | | | | | 341(a) Meeting Date: | 06/28/10 |
| For Period Ending: | 08/12/11 | | | | Claims Bar Date: | 01/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking at Bank of New York | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking at Citibank | 5.00 | 0.00 | DA | 0.00 | FA |
| 4. Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Clothing | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. Beneficiary of Renee A. Raymond Trust | 0.00 | 0.00 | DA | 0.00 | FA |
| (Debtor's spouse) sole asset is 350 Country Club Dr. Lake Geneva, WI 53147; property is valued at $350,000; Debtor's spouse is sole obligor on mortgage totaling $410,000 | | | | | |
| 7. Trustee of Stephen M. Raymond Trust; | 0.00 | 0.00 | DA | 0.00 | FA |
| sole asset is 39W903 Alcott Lane, St. Charles, IL 60175; property is valued at $525,000; Debtor's spouse is sole obligor on mortgages totaling $509,805.70 | | | | | |
| 8. 2004 Ford Explorer | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9. 2006 Lexus GX470 | 15,000.00 | 7,500.00 | | 7,500.00 | FA |
| 10. 2 dogs (mixed) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.76 | Unknown |
| 12. Nikon F5 camera, Nikon 28-105 lens, (u) | 367.00 | 0.00 | DA | 0.00 | FA |
| Nikon 70-300 lens Asset listed on amended schedules | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $21,572.00 | $7,500.00 | | $7,500.76 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-18736　MB　Judge: Manuel Barbosa | Trustee Name:　THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | RAYMOND, STEPHEN M | Date Filed (f) or Converted (c):　04/27/10 (f) |
| | | 341(a) Meeting Date:　06/28/10 |
| | | Claims Bar Date:　01/18/11 |

Trustee to review claims and file objections thereto if necessary.

Initial Projected Date of Final Report (TFR): 03/15/11　　Current Projected Date of Final Report (TFR): 03/15/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 10-18736 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RAYMOND, STEPHEN M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0818  MONEY MARKET |
| Taxpayer ID No: | *******4777 | | | |
| For Period Ending: | 08/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/10 | 9 | Stephen M Raymond (Debtor) 39W903 Alcott Lane St. Charles, IL 60174 | Purchase of estate's interest in Lexus pursuant to Order approving compromise entered 11/4/10 | 1129-000 | 7,500.00 | | 7,500.00 |
| 10/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 7,500.02 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,500.21 |
| 12/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,500.40 |
| 01/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,500.59 |
| 02/28/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.65 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.71 |
| 04/26/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 7,500.76 |
| 04/26/11 | | Transfer to Acct #*******0931 | Final Posting Transfer | 9999-000 | | 7,500.76 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.76 | 7,500.76 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,500.76 | |
| Subtotal | 7,500.76 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.76 | 0.00 | |

Page Subtotals    7,500.76    7,500.76

Ver: 16.02b
LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-18736 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | RAYMOND, STEPHEN M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0931 GENERAL CHECKING |
| Taxpayer ID No: | *******4777 | | |
| For Period Ending: | 08/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/11 | | Transfer from Acct #*******0818 | Transfer In From MMA Account | 9999-000 | 7,500.76 | | 7,500.76 |
| 04/28/11 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.07 | 6,000.69 |
| 04/28/11 | 001001 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 2,124.49 | 3,876.20 |
| | | | Fees 2,109.00 | 3110-000 | | | |
| | | | Expenses 15.49 | 3120-000 | | | |
| 04/28/11 | 001002 | American Infosource Lp As Agent for Wfnnb<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 1, Payment 11.51853% | 7100-900 | | 320.26 | 3,555.94 |
| 04/28/11 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 2, Payment 11.51856% | 7100-900 | | 2,444.82 | 1,111.12 |
| 04/28/11 | 001004 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 3, Payment 11.51848% | 7100-900 | | 538.23 | 572.89 |
| 04/28/11 | 001005 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 4, Payment 11.51862% | 7100-900 | | 572.89 | 0.00 |

Page Subtotals    7,500.76    7,500.76

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-18736 -MB |
| Case Name: | RAYMOND, STEPHEN M |
| Taxpayer ID No: | *******4777 |
| For Period Ending: | 08/12/11 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0931  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,500.76 | 7,500.76 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,500.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,500.76 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,500.76 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********0818 | 7,500.76 | 0.00 | 0.00 |
| GENERAL CHECKING - ********0931 | 0.00 | 7,500.76 | 0.00 |
| | 7,500.76 | 7,500.76 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*